**U.S. District Court for the Northern District Of Illinois**

**Attorney Appearance Form**

---

Case Title: KIONTE BRYANT, Case Number: 26-04872

An appearance is hereby filed by the undersigned as attorney for:

loanDepot.com, LLC

Attorney name (type or print): Scott D. Nabke
Firm: Diaz Anselmo & Associates LLC
Street address: 1771 West Diehl Road, Suite 120, Naperville, IL 60563
Bar ID Number: 1037979 Telephone Number: (630) 453-6960
(See item 3 in instructions)

Email Address: snabke@dallegal.com

Are you acting as lead counsel in this case? ☑ Yes ☐ No

Are you acting as local counsel in this case? ☐ Yes ☑ No

Are you a member of the court's trial bar? ☐ Yes ☑ No

If this case reaches trial, will you act as the trial attorney? ☐ Yes ☑ No

If this is a criminal case, check your status. ☐ Retained Counsel

☐ Appointed Counsel

If appointed counsel, are you

☐ Federal Defender

☐ CJA Panel Attorney

---

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14.

I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C. § 1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on: 3/24/2026

Attorney signature: /s/ Scott D. Nabke

(Use electronic signature if the appearance form is filed electronically.)

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this day, March 24, 2026, a copy of the foregoing was served:

Via the court's ECF system on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

THOMAS H. HOOPER
55 E. MONROE ST., SUITE 3850
CHICAGO, IL 60603
*Trustee*

ADAM BRIEF
219 SOUTH DEARBORN ROOM 873
CHICAGO, IL 60604
*U.S. Trustee*

And by regular U.S. Mail, postage pre-paid on:

KIONTE BRYANT
7527 S DREXEL
CHICAGO, IL 60619
*Debtor(s)*

By: /s/ Scott D. Nabke
Scott D. Nabke
Bar No. 1037979
snabke@dallegal.com